```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF MISSISSIPPI
                           EASTERN DIVISION
```

JOHN BALLARD, ET AL.                                              PLAINTIFFS

VS.                                          CIVIL ACTION NO. 4:06CV23TSL-LRA

FIRST FAMILY FINANCIAL SERVICES, INC.                              DEFENDANT

<u>ORDER</u>

By order dated December 15, 2006, this court denied plaintiffs' motion to unconditionally dismiss the claims of certain plaintiffs without prejudice, and directed that plaintiffs could either (1) withdraw their motion to dismiss (in which case defendant may then seek dismissal on statute of limitations or other grounds); (2) dismiss their claims without prejudice and pay defendant's costs and attorney's fees for defending this action; or (3) dismiss their claims with prejudice.  Plaintiffs have now responded and advised the court that they have chosen to dismiss with prejudice the claims of all plaintiffs except those with arbitration agreements which are to be referred to arbitration.

Accordingly, it is ordered that the claims of the following plaintiffs are dismissed with prejudice:

| | |
|---|---|
| John Ballard | Della Leonard |
| Louis Richardson, Jr. | Beverly Mitchell |
| Johnny Green | Cora Otto |
| Vera Neal | Diana Pheal |
| Billy Reginald | Sonya Cruesoe |
| Mary Bowden | Veronica Hughes |
| Barbara Cunningham | Ruby Richy |
| Jarvis Sykes | Willie Robertson |
| Willie Coleman | Mary Chandler |

```
Lillie Copperwood
Shirley Taylor


SO ORDERED this 21st day of December, 2006.


                                /s/ Tom S. Lee
                                UNITED STATES DISTRICT JUDGE
```